# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LAKIESA JEANLOUIS BROWN

VERSUS

MARCUS ANTHONY MOORE,
INDIVIDUALLY AND AS LEGAL
TUTOR OF THE MINOR, JOHN
DRAKE MOORE, AND USAA
CASUALTY INSURANCE COMPANY

NO.  2020 CW 0825

**MARCH 03, 2021**

---

In Re:    USAA  Casualty  Insurance  Company,  applying  for
supervisory  writs,  18th  Judicial  District  Court,
Parish of West Baton Rouge, No. 1044482.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT  DISMISSED.**   This  writ  application  is  dismissed
prusuant  to  relator's  correspondence  advising  that  this  matter
has settled.

                          **JMM**
                          **GH**
                          **AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT